UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YUSUF F. DIXON,<br><br>                              Plaintiff,<br><br>        -against-<br><br>GINA RAYMAT; HON. RACHEL HAHN, JFC; JOY JOSEPH; ERIC FAYER, OLA M. AZEEZ; KATRINA WILLIAMS,<br><br>                              Defendants. | 22-CV-10910 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 10, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 10, 2023
         New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge